## Bellevue School District Appeal.

Argued November 12, 1970. *William W. Milnes,* with him *Brandt, McManus, Brandt & Malone,* for appellant; *Patrick H. Washington,* Deputy Attorney General, with him *Fred Speaker,* Attorney General, for appellee.

Order affirmed.

## Braddock School District Appeal.

Argued November 12, 1970. *Donald C. Bush,* with him *Griggs, Moreland, Blair & Anderson,* for appellant; *Patrick H. Washington,* Deputy Attorney General, with him *Fred Speaker,* Attorney General, for appellee.

Order affirmed.